# Henry B. Hendershott, plaintiff in error, *vs.* Hugh R. Thompson, defendant in error.

## *Error to Desmoines.*

The omission of the initial of the second christian name of the assignor, in a writ, is immaterial.

Assignment of errors :

The court erred in admitting the note to be read in evidence, inasmuch

as there is a variance between said note and the original summons, and the record of the justice, the error being the admission of a different note from the one declared upon.

Woods, for plaintiff in error.

Grimes, for defendant in error.

The only error assigned, is a variance between the desrciption of the plaintiff and the payee of the note.

The variance is none in fact, the middle letter or name is no name, and the variance should have been suggested in the magistrate's court.

Per Curiam, Mason, Chief Justice.—The only error assigned in this case is, that the summons issued by the justice, discribed Thompson as the assignee of William C. Harris, whereas, that offered in evidence, was executed to Wm. Harris, and by him assigned to Thompson. This variance is clearly immaterial, especially under the circumstances of this case. Judgment affirmed.